**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Respondent,<br><br>          v.<br><br>MAYEL PEREZ-VALENCIA,<br><br>                    Defendant-Petitioner. | No.     CV 16-4234 PA<br>           CR 11-442 PA<br><br>JUDGMENT DISMISSING<br>PETITIONER'S ACTION WITH<br>PREJUDICE |

        Pursuant to the Court's September 23, 2016 Order denying Defendant-PetitionerMayel Perez-Valencia's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255,

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED:  September 23, 2016

_____
                    Percy Anderson
        UNITED STATES DISTRICT JUDGE